898 F.2d 142
 Obenchain Corp.
v.
Corporacion Nacionale de Inversiones, a/k/a Conadi,
Fundiciones Centro Americanas S.A., Republic of Honduras,
Ramos (Angel Eduardo), Castillo (Roberto Ramon), Coello
(Augusto C.), Mendoza (Carlos A.), Marinakys (Juan C.),
Garcia (Norman), Cordova (Hector), Barnes (Roberto Glavez),
Calderon (Justo Pastor)
 NO. 89-3645
 United States Court of Appeals,
Third Circuit.
 FEB 12, 1990
 
 1
 Appeal From: W.D.Pa.,
 
 708 F.Supp. 695
 
 2
 AFFIRMED, ORDER VACATED IN PART.